# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALEXIS CANTORE,** a minor, by and through her natural parents and legal guardians, **FELIX** and **BARBARA CANTORE;** and **FELIX CANTORE** and **BARBARA CANTORE,** individually,
Appellants,

v.

**WEST BOCA MEDICAL CENTER, INC.,** d/b/a **WEST BOCA MEDICAL CENTER;** and **VARIETY CHILDREN'S HOSPITAL,** d/b/a **MIAMI CHILDREN'S HOSPITAL,**
Appellees.

No. 4D13-1985

[August 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lucy Chernow Brown, Judge; L.T. Case No. 502010CA024815XXXXMB.

Philip M. Burlington and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Linda A. Alley of Schlesinger Law Offices, P.A., Fort Lauderdale, for appellants.

Michael K. Mittelmark and Meghan K. Zavoina of Michaud, Mittelmark, Marowitz & Asrani, P.L.L.C., Boca Raton, for appellee West Boca Medical Center, Inc., d/b/a West Boca Medical Center.

Elliot H. Scherker, Julissa Rodriguez and Stephanie L. Varela of Greenberg Traurig, P.A., Miami, and Norman M. Waas and Scott E. Solomon of Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A., Coral Gables, for appellee Variety Children's Hospital, d/b/a Miami Children's Hospital.

## *ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

Pursuant to the mandate issued by our supreme court, we reverse and remand for a new trial in accordance with *Cantore v. West Boca Medical Center, Inc.*, 242 So. 3d 1032 (Fla. 2018).

WARNER, MAY and KLINGENSMITH, JJ., concur.